UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS FERNANDO PUENTE, | § |
| Petitioner, | § § § |
| VS. | §  CIVIL ACTION NO. 1:23-CV-052 |
| BOBBY LUMPKIN, | § § § |
| Respondent. | § |

# ORDER

In March 2023, Plaintiff Luis Puente, representing himself, filed a Petition for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) challenging his 2019 convictions in a Texas state court for one count of Continuous Sexual Abuse of a Child and four counts of Possession of Child Pornography. (*See* State Court Records, Doc. 17–1, 139–141)  In June, Puente filed an Amended Petition after the Texas Court of Criminal Appeals denied his state habeas petition. (Am. Pet., Doc. 20).  Puente challenges his convictions on the grounds that he received ineffective assistance from both his trial and appellate lawyers. (*See* Am. Pet., Doc. 20, 6)

A United States Magistrate Judge recommends that Puente's Amended Petition be denied as substantively meritless. (R&R, Doc. 28, 12)  Puente timely filed Objections (Doc. 35) to the Report and Recommendation.  As a result, the Court reviews the portions of the Report and Recommendation to which Puente objects *de novo* and all other portions for clear error. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

In his Objections, Puente raises the same arguments as within his Amended Petition, effectively arguing that the Report and Recommendation misapplied the relevant law to his claims.  But contrary to Puente's arguments, the Court concludes that the Report and Recommendation correctly applies the law to the record in this case.  Several of Puente's claims turn on issues that the Texas state courts have determined and to which this Court must defer.

(*See* R&R, Doc. 28, 9–12)  Puente's other claims fail to implicate clearly established federal law, or do not demonstrate the unreasonable application of any federal law or unreasonable determination of the facts. (*See* R&R, Doc. 28, 9–12); *see also* 28 U.S.C. § 2254(d).  As a result, Puente is not entitled to relief on any of his claims.

The Court **OVERRULES** Puente's objections and **ADOPTS** the Report and Recommendation (Doc. 28).  It is:

**ORDERED** that Plaintiff Luis Fernando Puente's Amended Petition for a Writ of Habeas Corpus by a Person in State Custody (Doc. 20) is **DENIED**.

In addition, the Court finds that no outstanding issue would be debatable among jurists of reason, and that Puente fails to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Accordingly, the Court **DENIES** a Certificate of Appealability.

The Clerk of Court is directed to close this matter.

Signed on February 29, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge